RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio,<br><br>Plaintiff,<br><br>Vs.<br><br>Nancy Gervacio dba Three Hermanas Restaurant et al., and Does 1 to 50 inclusive,<br><br>Defendants. | Case Number _____ C14-4862 __<br><br>STIPULATION TO EXTEND TIME TO CONDUCT JOINT SITE INSPECTION AND (Proposed) ORDER |

Come now plaintiff Jose Daniel Castillo-Antonio, through his counsel of record Richard Mac Bride, and defendant Nancy Gervacio dba Three Hermanas Restaurant through her counsel of record Jason G. Gong, and counsel for Minhe, Inc., not yet of record, Matthew S. Kenefick, to stipulate as follows:

WHEREAS, the Scheduling Order in this case issued on November 3, 2014 sets the last day for the joint inspection of the premises under General Order No. 56 as February 17, 2015; and

WHEREAS, defendants are in need of more time to arrange for their experts to conduct the inspection on their behalf, and to continue to conduct discussions that are ongoing among counsel regarding settlement and other relevant matters;

NOW THEREFORE, the parties hereby stipulate that the deadline to conduct the joint inspection be postponed for 35 days, to March 24, 2015.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio          2/19/2015

STIPULATION FOR EXTENSION OF TIME TO CONDUCT JOINT SITE INSPSSECTION – 14-4862

-1-

-2-

1
2  Law Offices of Jason G. Gong – By: Jason G. Gong /s/ Jason G. Gong
3  Attorney for Defendant Nancy Gervacio
4                                                                                            2/19/2015
5  Jeffer Mangels Butler & Mitchell LLP – By: Matthew S. Kenefick /s/ Matthew S. Kenefick
6  Attorney for Defendant Minhe, Inc.
7                                                                                            2/19/2015
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____

STIPULATION FOR EXTENSION OF TIME TO CONDUCT JOINT SITE INSPSSECTION – 14-4862

-2-

ORDER FOR EXTENSION OF TIME TO CONDUCT JOINT SITE INSPECTION

Having considered the parties' Stipulation for Extension of Time to Conduct Joint Site Inspection, and for good cause appearing, it is hereby ORDERED:

1. That the last day for parties and counsel to hold joint inspection of premises, without or without meet-and-confer regarding settlement, is reset for March 24, 2015;
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

Date: 2/20/2015

_____

Richard Seeborg

United States District Judge