1  RICHARD MAC BRIDE, SB# 199695
   LAW OFFICES OF RICHARD A. MAC BRIDE
2  865 Marina Bay Parkway, Suite 43
3  RICHMOND, CA 94804
   Phone 415-730-6289
4  Fax 510-439-2786
5  Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose Daniel Castillo-Antonio,                ) Case Number C-14-4862
         Plaintiff,                          )
Vs.                                          )
Nancy Gervacio dba Three Hermanas            ) STIPULATION OF DISMISSAL WITH
Restaurant et al., et al.,                   ) PREJUDICE AND (Proposed) ORDER
         Defendants.                         )

Plaintiff Jose Daniel Castillo-Antonio, through his counsel of record Richard A. Mac Bride, and defendant Nancy Gervacio dba Three Hermanas Restaurant, through her counsel of record Jason G. Gong, and defendant Minhe, Inc., by and through its counsel, not yet of record, Jeffer Mangels Butler & Mitchell LLP, attorney Matthew S. Kenefick, hereby stipulate as follows:

1. The parties entered into a Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request that the Court dismiss this action with prejudice.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio

Law Offices of Jason G. Gong – By: Jason G. Gong, Esq. /s/ Jason G. Gong

Attorney for Defendant Nancy Gervacio

Law Offices of Jeffer Mangels Butler & Mitchell LLP – By: Matthew S. Kenefick, Esq. /s/ Matthew S. Kenefick

Attorney for Defendant Mihne, Inc.

---

STIPULATION AND ORDER OF DISMISSAL – 14-4862

-1-

[PROPOSED] ORDER

Having considered the parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Jose Daniel Castillo-Antonio v. Nancy Gervacio et al., Case No. C-14-4862, is dismissed with prejudice, with each party to bear his or her own attorney's fees and costs.

Date: __3/29/2016__

_____
Richard Seeborg
United States District Judge

STIPULATION AND ORDER OF DISMISSAL – 14-4862